the Seventh Circuit denied. *Mr. Claude U. Stone* for petitioner. *Mr. Robert W. Childs* for respondent.

---

No. 858. JOHN MAZUKIEWICZ *v.* HANOVER NATIONAL BANK OF THE CITY OF NEW YORK. January 25, 1926. Petition for a writ of certiorari to the Court of Appeals of the State of New York denied. *Mr. Charles A. Frueouff* for petitioner. *Mr. Percy S. Dudley* for respondent.

---

No. 859. AMERICAN REFRIGERATOR TRANSIT COMPANY ET AL. *v.* WABASH RAILWAY COMPANY. January 25, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. The motions for leave to intervene on behalf of the States of New Jersey, Missouri, and Texas are also denied. *Messrs. C. A. DeGersdorff, T. H. Devine, M. W. Hayden,* and *Edward J. White* for petitioner. *Messrs. Winslow S. Pierce* and *Homer Hall* for respondent.

---

No. 844. DONNER STEEL COMPANY, INC., *v.* UNITED STATES. February 1, 1926. Petition for writ of certiorari to the Court of Claims denied. *Mr. Henry H. Dinneen* for petitioner. *Solicitor General Mitchell* and *Assistant Attorney General Galloway* for the United States.

---

No. 861. EMILY BEAUCHAMP, ADMINISTRATRIX OF THE ESTATE OF RALPH BEAUCHAMP, DECEASED, *v.* MICHIGAN CENTRAL RAILROAD COMPANY. February 1, 1926. Petition for writ of certiorari to the Supreme Court of the State of Michigan denied. *Messrs. Thomas J. Bresnahan* and *Elmer H. Groefsema* for petitioner. *Messrs. J. Walter Dohany* and *Frank E. Robson* for respondent.